# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE DICKERSON**, | : | **CIVIL ACTION NO. 1:11-CV-1785** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **PRIME CARE MEDICAL, INC.,** | : | |
| **DR. WILLIAM YOUNG, TANYA** | : | |
| **SCHISLER, and LISA SMITH,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 14th day of November, 2011, upon consideration of the Report and Recommendation of United States Magistrate Judge Martin C. Carlson (Doc. 4), and of the Order (Doc. 5) adopting the Report and Recommendation dated October 21, 2011, it appearing that plaintiff has failed to file an amended complaint, it is hereby ORDERED that plaintiff's claim is deemed abandoned and the Clerk of Court is directed to CLOSE the file.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge